IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FRED BAKER AND SONS ELECTRIC, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2466 MaP |
| ) | |
| AMSOUTH BANK, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER TO SUSPEND PROCEEDINGS PENDING ARBITRATION

This cause came before the Court on Defendant's Motion to Compel Arbitration and the Plaintiff's consent to that Motion and to submit to arbitration in this matter; the Court therefore grants the Motion and orders the parties to arbitrate the matter and will suspend further proceedings in this matter, pending notification from the parties as to the outcome of the arbitration proceeding.

SO ORDERED, ADJUDGED AND DECREED this 18th day of August, 2005.

JUDGE SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Date:_____

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-23-05

APPROVED:

_____
John M. Branson (#10913)
Ben J. Scott (#023879)
Attorneys for Defendant AmSouth Bank

_____ w/ permission BJS #023879
Jim Strickland
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I, attorney for the Defendant, have this day served, via United States mail, postage prepaid, a true and correct copy of the above and foregoing instrument to the following:

James S. Strickland, Jr., Esq.
KUSTOFF & STRICKLAND
44 North Second Street, Suite 502
Memphis, TN 38103

CERTIFIED, this the 16 day of August, 2005.

_____

MEMPHIS 170781v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02466 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT